sistant Attorney General, and *Frank Lake*, Assistant Attorney General, for respondent.

No. 7, Misc.   HUGHES *v.* HIATT, WARDEN.   C. A. 5th Cir.   Certiorari denied.   MR. JUSTICE DOUGLAS took no part in the consideration or decision of this application.

No. 15, Misc.   SLAUGHTER *v.* UNITED STATES.   United States Court of Appeals for the District of Columbia Circuit.   Certiorari denied.   MR. JUSTICE DOUGLAS took no part in the consideration or decision of this application.

No. 16, Misc.   MONTALVO *v.* HIATT, WARDEN.   C. A. 5th Cir.   Certiorari denied.   MR. JUSTICE DOUGLAS took no part in the consideration or decision of this application.

No. 18, Misc.   JORDAN *v.* OVERHOLSER, SUPERINTENDENT.   United States Court of Appeals for the District of Columbia Circuit.   Certiorari denied.   MR. JUSTICE DOUGLAS took no part in the consideration or decision of this application.

No. 24, Misc.   CARROLL *v.* UNITED STATES.   C. A. 6th Cir.   Certiorari denied.   MR. JUSTICE DOUGLAS took no part in the consideration or decision of this application.

No. 59, Misc.   EDELSON *v.* THOMPSON, WARDEN.   C. A. 2d Cir.   Certiorari denied.   MR. JUSTICE DOUGLAS took no part in the consideration or decision of this application.